2024-07419
M
Section 13

FILED
2024 AUG 12 P 02:27
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. DIVISION " "

**TENEAL JONES**

VERSUS

**AIRBNB PAYMENTS, INC., and BRITTANY KENDRICK**

FILED:______________ ________________________
DEPUTY CLERK

**PETITION FOR DAMAGES**

The petition of **TENEAL JONES,** a person of the full age of majority and resident of Pagedale, Missouri, respectfully represents:

1.

Defendants are:

**AIRBNB PAYMENTS, INC.,** a domestic / foreign company licensed to and doing business in the State of Louisiana; and

**BRITTANY KENDRICK**, a person of the full age of majority and resident of Orleans Parish.

2.

Defendants are liable and indebted to Plaintiff for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

3.

On or about **August 13, 2023**, an incident occurred at an Airbnb located at 5644 Vermillion Blvd. New Orleans, LA 70122 owned and operated by Defendant, **BRITTANY KENDRICK**, and listed for rental on the Airbnb website.



VERIFIED
Kasie Jiles
2024 AUG 12 P 03:28

EXHIBIT
A

E-Filed

4.

The property where this accident occurred, had been listed and rented on Airbnb's website.

5.

A friend of Plaintiff **TENEAL JONES** had rented the property, and Plaintiff was at all relevant times lawfully within the property.

6.

Plaintiff **TENEAL JONES** began to open a sliding door inside the house, and the door disconnected from the rails and fell onto the Plaintiff. A glass mirror, which was hanging on the door, also fell and shattered, injuring the Plaintiff.

7.

The sole and proximate cause of the above referenced accident was the negligence and fault of the Defendant, **BRITTANY KENDRICK** which is attributed to but not limited to the following non-exclusive particulars:

a. Failure to keep proper and working equipment;

b. Failure to maintain and inspect the doors on the property;

c. Failure to provide a safe place for guests;

d. Failure to take measures to reasonably ensure the safety of guests;

e. Failure to provide a safe living area;

f. Failure to keep a good and careful lookout for dangers which faced invitees on the premises;

g. Failure to make a reasonable effort to keep the premises free of any hazardous conditions which reasonably might give rise to damage;

h. Any and all other acts of negligence which may be uncovered in discovery, or proven at the trial of this matter.

FILED
2024 AUG 12 P 02:27
CIVIL
DISTRICT COURT

8.

The condition that caused **TENEAL JONES'** fall, presented an unreasonable risk of harm to Petitioner, and the risk of harm was reasonably foreseeable to Defendants.

9.

**AIRBNB PAYMENTS, INC.**, along with **TENEAL JONES**, warranted and represented that the property would be in good working order and could be accessed safely by persons including Plaintiff. **TENEAL JONES** listed the property through **AIRBNB PAYMENTS, INC.**, and Plaintiff relied on this implicit assurance that she could safely access the property. Breach of this renders **AIRBNB PAYMENTS, INC.**, along with **TENEAL JONES**, liable to plaintiff.

10.

Had defendants inspected the property before renting it, they would have discovered the defect. They acted unreasonably, either in failing to inspect the property, or inspecting the property and not discovering the defect, or simply ignoring it.

11.

The injury to Plaintiff would not have happened, had Defendants taken simple measures to inspect the property before listing for rental, and allowing it to be rented in a state where persons inside the house were endangered.

Therefore, Petitioner prays that Defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the Defendants, jointly and in solido in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of enjoyment of life, loss of consortium and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully submitted:

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470

**PLEASE SERVE:**

**GENERALI GLOBAL ASSISTANCE INC.**
Through their Registered Agent for Service of Process:
Commissioner Of Insurance
1702 North Third Street
Baton Rouge, LA 70802

**BRITTANY KENDRICK**
5644 Vermillion Blvd
New Orleans, LA 70122

**AIRBNB PAYMENTS, INC.**
Through its agent for service:
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

**ATTORNEY'S NAME:** King, Brian L 24817
**AND ADDRESS:** 2912 Canal Street, 2nd Floor , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-07419** **DIVISION: M** **SECTION: 13**

**JONES, TENEAL**

**Versus**

**AIRBNB PAYMENTS, INC ET AL**

## CITATION

TO: AIRBNB PAYMENTS, INC

THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR, BATON ROUGE, LA 70801

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 16, 2024**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ___________________________**
**Valerie West, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this __________ day of ____________________ __________ served a copy of the within

**PETITION FOR DAMAGES**

ON **AIRBNB PAYMENTS, INC**

THROUGH: **ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY**

Returned the same day

______________________________________ No. ______________________

Deputy Sheriff of ________________________________________________

Mileage: $ _______________________________________________________

__________________________/ ENTERED /__________________________

PAPER RETURN

____________________/____________________/____________________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this __________ day of ____________________ __________ served a copy of the within

**PETITION FOR DAMAGES**

ON **AIRBNB PAYMENTS, INC**

THROUGH: **ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY**

by leaving same at the dwelling house, or usual place of abode, in the hands of ______________________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **AIRBNB PAYMENTS, INC** being absent from the domicile at time of said service.

Returned the same day

______________________________________ No. ______________________

Deputy Sheriff of ________________________________________________

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: King, Brian L 24817
AND ADDRESS: 2912 Canal Street, 2nd Floor , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-07419** **DIVISION: M** **SECTION: 13**

**JONES, TENEAL**

**Versus**

**AIRBNB PAYMENTS, INC ET AL**

## CITATION

TO: AIRBNB PAYMENTS, INC
THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR, BATON ROUGE, LA 70801

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 16, 2024**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ____________
**Valerie West, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

**ON AIRBNB PAYMENTS, INC**

THROUGH: **ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY**

Returned the same day

________________________ No. ____________

Deputy Sheriff of ________________________

Mileage: $ ________________________

________________ / ENTERED / ________________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

**DOMICILIARY SERVICE**

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **AIRBNB PAYMENTS, INC**

THROUGH: **ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY**

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **AIRBNB PAYMENTS, INC** being absent from the domicile at time of said service.

Returned the same day

________________________ No. ____________

Deputy Sheriff of ________________________

**ATTORNEY'S NAME:** King, Brian L 24817
**AND ADDRESS:** 2912 Canal Street, 2nd Floor , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-07419** **DIVISION: M** **SECTION: 13**

**JONES, TENEAL**

**Versus**

**AIRBNB PAYMENTS, INC ET AL**

## CITATION

TO: KENDRICK. BRITTANY
5644 VERMILLION BLVD, NEW ORLEANS, LA 70122

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 16, 2024**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ________________________**
**Valerie West, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **KENDRICK. BRITTANY**

THROUGH:

Returned the same day

______________________________ No. ________________

Deputy Sheriff of ______________________________________

Mileage: $ ________________________________________

____________________ / ENTERED / ____________________

PAPER RETURN

________________ / ________________ / ________________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within

**PETITION FOR DAMAGES**

ON **KENDRICK. BRITTANY**

THROUGH:

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **KENDRICK. BRITTANY** being absent from the domicile at time of said service.

Returned the same day

______________________________ No. ________________

Deputy Sheriff of ______________________________________

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** King, Brian L 24817
**AND ADDRESS:** 2912 Canal Street, 2nd Floor , New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-07419** **DIVISION: M** **SECTION: 13**

**JONES, TENEAL**

**Versus**

**AIRBNB PAYMENTS, INC ET AL**

**CITATION**

TO: KENDRICK. BRITTANY
5644 VERMILLION BLVD, NEW ORLEANS, LA 70122

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 16, 2024**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ____________________
**Valerie West, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ____________________ served a copy of the within
**PETITION FOR DAMAGES**
ON **KENDRICK. BRITTANY**
THROUGH:

Returned the same day
____________________ No. __________
Deputy Sheriff of ____________________
Mileage: $ ____________________
__________ / ENTERED / __________
PAPER RETURN
_______ / _______ / _______
SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ____________________ served a copy of the within
**PETITION FOR DAMAGES**
ON **KENDRICK. BRITTANY**
THROUGH:
by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **KENDRICK. BRITTANY** being absent from the domicile at time of said service.

Returned the same day
____________________ No. __________
Deputy Sheriff of ____________________

ID: 11447136