UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TENEAL JONES | CIVIL ACTION |
| VERSUS | NO: 24-2118 |
| AIRBNB PAYMENTS, INC., ET AL. | SECTION: "A" (5) |

# ORDER

The plaintiff having advised the Court that she has no grounds to oppose arbitration (Rec. Doc. 11, Response) as to defendant Airbnb, Inc. only,

Accordingly;

**IT IS ORDERED** that the **Motion to Compel Arbitration and Stay Pending Arbitration (Rec. Doc. 9)** filed by Airbnb, Inc. is **GRANTED** as follows: The plaintiff shall arbitrate her claims against Airbnb, Inc. and this matter shall be stayed as to that defendant only.

**IT IS FURTHER ORDERED** that the alternative **Motion to Dismiss (Rec. Doc. 10)** filed by Airbnb, Inc. is **DENIED** as moot.

November 13, 2024

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE